UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carmen Lee

CASE NO. C 10-04365 SBA

Plaintiff(s),

v.

Wells Fargo Bank, N.A.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
   Non-binding Arbitration (ADR L.R. 4)
   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by: April 15, 2011
   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓  other requested deadline  April 15, 2011 _____

Dated: Dec. 16, 2010                              /s/ Alden Knisbacher
                                                  Attorney for Plaintiff

Dated: Dec. 16, 2010                              /s/ Ian P. Fellerman
                                                  Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
✓    Mediation
    Private ADR

Deadline for ADR session
    ~~90 days from the date of this order.~~
✓    other   April 15, 2011

IT IS SO ORDERED.

Dated: 1/3/11

*Saundra B. Armstrong*

UNITED STATES ~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing.

☐ **Electronic Mail** by transmitting via email on this date the document(s) listed above to the email address (s) set forth below.

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below. I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the address(es) set forth below.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the address(es) set forth below.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Mr. Alden Knisbacher
Knisbacher Law Office
220 Montgomery Street, Suite 961
San Francisco, CA 94104
Telephone: (415) 522-5200
Facsimile: (415) 522-5201

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December _16_, 2010 at Alameda, California.

/s/   Eileen O'Rourke

---

Wiley Price & Radulovich, LLP

Certificate of Service

1

Case No. CV-10-04365 SBA