1  ALDEN KNISBACHER (State Bar No. 169705)
   KNISBACHER LAW OFFICES
2  220 Montgomery Street, Suite 961
   San Francisco, CA 94104
3  (415) 522-5200
   FAX (415)522-5201
4  Attorney for Plaintiff
   CARMEN LEE
5
   IAN P. FELLERMAN (State Bar No. 119725)
6  WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
7  Alameda, California 94501
   (510) 337-2810
8  FAX (510) 337-2811

9  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARMEN LEE,<br><br>     Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 20, Inclusive,<br><br>     Defendants. | Case No.: CV-10-04365 SBA<br><br>STIPULATION REGARDING REQUEST FOR EXTENSION OF MEDIATION DEADLINE; AND [~~PROPOSED~~] ORDER |
|---|---|

Plaintiff and Defendant, through their respective counsel, hereby stipulate and request that the mediation deadline be extended from April 15, 2011 to June 30, 2011 on the grounds that: (i) Defendant's counsel is currently in a trial that is scheduled to finish on March 28, 2011; (ii) Plaintiff's counsel will be in trial in April 2011 and has numerous depositions scheduled in May 2011; (iii) the parties want to engage in certain discovery prior to mediation and they cannot do so until May/June; and (iv) the mediator, JoAnne Dellaverson, is on vacation from late May

1

Wiley Price & Radulovich, LLP | Stipulation Regarding Request for Extension of Mediation Deadline; and [Proposed Order] | Case No. CV-10-04365 SBA  E-Filing

1  2011 until June 20, 2011.  The mediator agrees to this stipulation and request for an extension of
2  the mediation deadline to June 30, 2011.  The parties and the mediator have agreed on June 29,
3  2011 as the mediation date in this action, subject to the Court's approval.  The continuation of
4  the mediation deadline will not impact any of the dates set forth in the Court's Scheduling Order,
5  as trial is not scheduled until February 27, 2012.

Date:  March 11, 2011

By: _____/s/ ALDEN KNISBACHER_____
Attorneys for Plaintiff
CARMEN LEE

Date:  March 11, 2011                                WILEY PRICE & RADULOVICH, LLP

By: _____/s/ IAN P. FELLERMAN_____
Attorneys for Defendant
WELLS FARGO BANK, N.A.

2

Wiley Price & Radulovich, LLP | Stipulation Regarding Request for Extension of Mediation Deadline; and [Proposed Order] | Case No. CV-10-04365 SBA  E-Filing

**ORDER**

IT IS SO ORDERED that the mediation deadline is extended to June 30, 2011.

DATED: March 17, 2011

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION REGARDING REQUEST FOR EXTENSION OF MEDIATION DEADLINE; AND [PROPOSED] ORDER**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing.

☐ **Electronic Mail** by transmitting via email on this date the document(s) listed above to the email address (s) set forth below.

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below. I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the address(es) set forth below.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the address(es) set forth below.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Mr. Alden Knisbacher
Knisbacher Law Office
220 Montgomery Street, Suite 961
San Francisco, CA 94104
Telephone: (415) 522-5200
Facsimile: (415) 522-5201

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 17, 2010 at Alameda, California.

/s/   Eileen O'Rourke