ALDEN KNISBACHER (State Bar No. 169705)
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, CA 94104
(415) 522-5200
FAX (415)522-5201
Attorney for Plaintiff
CARMEN LEE

IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN LEE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 20, Inclusive,<br><br>    Defendants. | Case No.: CV-10-04365 SBA<br><br>STIPULATION REGARDING REQUEST FOR EXTENSION OF MEDIATION DEADLINE; AND ORDER |

    Plaintiff and Defendant, through their respective counsel, hereby stipulate and request that the mediation deadline be extended from June 30, 2011 to August 30, 2011 on the ground that the parties have engaged in certain discovery prior to mediation, but need more time to produce documents and conduct depositions prior to having a meaningful mediation, and they will not be able to complete such discovery prior to late-July. The mediator has agreed to the

1  continuation of the mediation deadline.  The continuation of the mediation deadline will impact
2  the dates set forth in the Court's Scheduling Order, and the parties will file a further stipulation
3  requesting that the current discovery, pre-trial and trial dates be continued by approximately
4  three months.

Date: June 15, 2011

By: _____/s/ ALDEN KNISBACHER_____
Attorneys for Plaintiff
CARMEN LEE

Date: June 15, 2011                                    WILEY PRICE & RADULOVICH, LLP

By: _____/s/ IAN P. FELLERMAN_____
Attorneys for Defendant
WELLS FARGO BANK, N.A.

2

Wiley Price & Radulovich, LLP | Stipulation Regarding Request for Extension of Mediation Deadline; and [Proposed Order] | Case No. CV-10-04365 SBA
E-Filing

# ORDER

Pursuant to the parties' second stipulation, IT IS ORDERED that the mediation deadline is extended to August 30, 2011. **No further requests for the extension of the mediation deadline will be considered.**

IT IS SO ORDERED.

DATED: June 20, 2011

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE