UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARMEN LEE, | Case No: C 10-4365 SBA |
| Plaintiffs, | **ORDER** |
| vs. | Dkt. 8 |
| WELLS FARGO, INC., | |
| Defendants. | |

In light of the fact that the case management conference has been held, IT IS HEREBY ORDERED THAT Plaintiff's ex parte application for an extension of time to file a joint case management conference statement is DENIED as moot.  This Order terminates Docket No. 8.

IT IS SO ORDERED.

Dated: August 12, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge