IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN LEE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 20, Inclusive,<br><br>    Defendants. | Case No.: CV-10-04365 SBA<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE; AND [PROPOSED] ORDER |

    Pursuant to the settlement agreement between the parties, it is hereby Stipulated and agreed by Plaintiff Carmen Lee and Defendant Wells Fargo Bank, N.A., through their respective counsel of record, that the First Amended Complaint shall be dismissed with prejudice, with each party to pay its own respective attorneys' fees and costs.

Date: August 24, 2011　　　　　　　　　　LAW OFFICES OF ALDEN KNISBACHER


　　　　　　　　　　　　　　　　　　　　By:  /s/ ALDEN KNISBACHER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　CARMEN LEE

Date: August 24, 2011                             WILEY PRICE & RADULOVICH, LLP

By: /s/ IAN P. FELLERMAN
Attorneys for Defendant
WELLS FARGO BANK, N.A.

## ORDER

Pursuant to the Stipulation of the Parties, it is hereby Ordered that Plaintiff's First Amended Complaint is dismissed with prejudice.

Dated: 9/9/11

Hon. Saundra Brown Armstrong
United States District Court Judge

# CERTIFICATE OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

## STIPULATION TO DISMISS ACTION WITH PREJUDICE; AND [PROPOSED] ORDER

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing.

☐ **Electronic Mail** by transmitting via email on this date the document(s) listed above to the email address (s) set forth below.

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below. I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the address(es) set forth below.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the address(es) set forth below.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Mr. Alden Knisbacher
Knisbacher Law Office
220 Montgomery Street, Suite 961
San Francisco, CA 94104
Telephone: (415) 522-5200
Facsimile: (415) 522-5201

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September___, 2011 at Alameda, California.

/s/ Eileen O'Rourke